**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        **HON. ARTHUR J. TARNOW**
    **Plaintiff,**        **CRIMINAL NO.  2:20-cr-20396-AJT-DRG-1**

vs.

**DOMENIC DANIEL ROLAK,**

    **Defendant.**
    _____/

**NOTICE OF APPEARANCE AS RETAINED COUNSEL**

    **PLEASE ENTER THE APPEARANCE** of DAVID R. CRIPPS, as retained counsel for the Defendant, DOMENIC DANIEL ROLAK, in the above-entitled cause.

    Respectfully submitted,

    */s/ David R. Cripps (with consent)*
    DAVID R. CRIPPS (P34972)
    Attorney for Defendant
    1300 Broadway St., Suite 800
    Detroit, MI 48226
    (313) 963-0210
    E-Mail: david.cripps@sbcglobal.net

Dated: September 18, 2020

**CERTIFICATE OF SERVICE**

    DAVID R. CRIPPS hereby states that on the 18th day of September, 2020, he caused the foregoing *Appearance as Retained Counsel* to be filed electronically with the United States District Court and that copies of said appearance were forwarded to all counsel of record using the ECF system.

    */s/ David R. Cripps (with consent)*
    DAVID R. CRIPPS (P34972)