UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                              Criminal No. 20-20396

v.

                              Honorable Arthur Tarnow

Domenic Daniel Rolak,

      Defendant.

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, Domenic Daniel Rolak, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Counts 1-4: Up to 20 years in prison, a fine of not more than $1,000,000, or both

Counts 5-7: Up to 10 years in prison, a fine of not more than $250,000, or both

*Domenic Daniel Rolak*
*by [signature]*
Domenic Daniel Rolak
Defendant

9.18.20

**ACKNOWLEDGMENT OF DEFENSE COUNSEL**

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*David Crafts P34972* (signature)

~~Enter Defense Counsel_Name~~

Counsel for Defendant

Dated: September 17, 2020     9-18-20