1757480

| | AUSA: Robert VanWert | Telephone: (313) 226-9776 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Kyle Sise, ATF | Telephone: (313) 268-0595 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
DOMENIC DANIEL ROLAK

2:20-cr-20396

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DOMENIC DANIEL ROLAK,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 841(a)(1), Distribution of a Controlled Substance
18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

FILED
OCT - 9 2020
CLERK'S OFFICE
DETROIT

Date: SEP - 2 2020

*Issuing officer's signature*

DAVON ALLEN   DEPUTY CLERK

City and state: Detroit, MI

*Printed name and title*

### Return

This warrant was received on *(date)* 9-2-20, and the person was arrested on *(date)* 9-16-20
at *(city and state)* River Rouge, MI.

Date: 9-17-20

*Arresting officer's signature*

SA Kyle Sise

*Printed name and title*

*Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA*