UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

U.S.A. vs. Domenic Rolak                                    Docket No. 20-20396-1

### Petition for Action on Conditions of Pretrial Release

**COMES NOW** Michael Mitchell, Pretrial Services Officer, presenting an official report upon the conduct of defendant, Domenic Rolak, who was placed under pretrial release supervision by United States Magistrate Judge Anthony P. Patti sitting in the Court at Detroit, Michigan on September 18, 2020, under the following conditions:

1. Report as directed to Pretrial Services.
2. Continue or actively seek employment.
3. Travel restricted to the Eastern District of Michigan.
4. Do not possess a firearm, destructive device, or other dangerous weapons.
5. Do not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802,
6. Submit to drug testing and drug treatment as directed by Pretrial Services.
7. Do not use alcohol at all.
8. Submit to Location Monitoring under Home Detention; may be required to pay all, or a portion of, the cost of the service depending on your ability to pay, as deemed appropriate by Pretrial Services.
9. Location monitoring technology as directed by Pretrial Services.
10. Zero Tolerance.
11. No gang involvement.
12. May furnish location monitoring by September 21, 2020, at 4:00pm.

**Respectfully presenting petition for action of Court and for cause as follows:**

Mr. Rolak submits to drug testing on a random basis, as a requirement of his bond. On March 02, 2021, the defendant submitted to an unobserved drug test and denied the use of any controlled substances. The defendant's drug screen returned positive for the presence of cocaine. Mr. Rolak's urine sample was sent to the national testing lab for further analysis. The national testing lab confirmed the defendant tested positive for cocaine. Mr. Rolak has refuted the test results, further denying the use of cocaine since his release on bond.

Pretrial Services believes the defendant's positive drug test while on Zero Tolerance, is indicative of an escalating risk of nonappearance as well as danger to the community and recommends that a Bond Review hearing be held to address the violation behavior.

This officer has contacted Assistant United States Attorney, Robert VanWert and Defense Attorney, David R. Cripps, about the aforementioned bond hearing request.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on April 18, 2021 at 11:00 a.m. so that Mr. Rolak may answer as to the above noted violation.**

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 31st day of March, 2021 and ordered filed and made a part of the records in the above case. | Executed on March 30, 2021 |
| | Respectfully, |
| s/Arthur J. Tarnow<br>United States District Judge<br>Arthur J. Tarnow | s/*Michael Mitchell*<br>Michael Mitchell, United States Pretrial Officer |
| | Place: Detroit, Michigan |