UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                          Case No. 2:20-cr-20396-DML-DRG
                                                         Hon. David M. Lawson

Domenic Daniel Rolak,

                  Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Domenic Daniel Rolak

The defendant(s) shall appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 769, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  August 23, 2022 at 02:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                    By: <u>s/S. Pinkowski</u>
                                                                         Case Manager

Dated:  May 5, 2022