UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           Case Number 20-20396
v.                                        Honorable David M. Lawson

DOMENIC DANIEL ROLAK,

           Defendant.
_____/

## ORDER GRANTING REQUEST TO EXTEND SURRENDER DATE
## AND STRIKING IMPROPER FILING

The defendant was sentenced and ordered to surrender to the custody of the Bureau of Prisons to begin serving his sentence, at a time and place to be determined by the BOP. On September 16, 2022, the defendant presented a request to extend his surrender date. The defendant asks the Court to extend his surrender date by 90 days to allow him more time to prepare his defense to separate charges pending in state court. The government does not oppose the request. The Court has considered the request and finds that it should be granted.

The defendant's request, however, was presented improperly through the docketing of a "stipulated order" rather than a proper stipulation or joint motion. That filing was improper because proposed or stipulated orders never should be docketed by parties. E.D. Mich. LR 7.1 cmt. ("Proposed orders must not be filed on the case docket.").

Accordingly, it is **ORDERED** that the defendant's request to extend his surrender date is **GRANTED**. The defendant must report to the designated institution to begin serving his sentence at a date and time to be determined by the Bureau of Prisons, **but not before January 2, 2023**.

- 2 -

It is further **ORDERED** that the parties' stipulated order (ECF No. 37) is **STRICKEN**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   September 21, 2022