UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case Number 20-20396

v.                                          Honorable David M. Lawson

DOMENIC DANIEL ROLAK,

        Defendant.
_____/

## ORDER GRANTING SECOND REQUEST
## TO EXTEND SURRENDER DATE

The defendant was sentenced and ordered to surrender to the custody of the Bureau of Prisons to begin serving his sentence, at a time and place to be determined by the BOP.  The Court previously granted an unopposed request to extend the surrender date to January 2, 2023.  On December 15, 2022, the parties filed a stipulation to further extend the surrender date.  The defendant asks the Court to extend his surrender date by an additional 22 days to allow him to attend a state court proceeding to determine his parental rights.  The stipulation indicates that the hearing will be held on January 24, 2023, and the defendant will surrender into federal custody immediately thereafter.  The Court has considered the request to extend the surrender date and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's second request to extend his surrender date is **GRANTED**.  The defendant must report to the designated institution to begin serving his sentence at a date and time to be determined by the Bureau of Prisons, **but not before January 25, 2023**.

                                                                             s/David M. Lawson
                                                                             DAVID M. LAWSON
                                                                             United States District Judge

Dated:  December 15, 2022