UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

CASE NO. 2:20-cr-20396-DML-DRG-1

**Plaintiff,**                                      HON. DAVID M. LAWSON

vs.

DOMENIC ROLAK,

**Defendant.**

_____/

ERIC M. STRAUS
U.S. Attorney's Office
211 W. Fort St.
Suite 2001
Detroit, MI 48226
(313) 226-9100
Email: eric.straus@usdoj.gov

DAVID R. CRIPPS
Attorney for Defendant
1300 Broadway St., Suite 800
Detroit, MI 48226
(313) 963-0210
Email: david.cripps@sbcglobal.net
_____/

## MOTION TO EXTEND the JANUARY 25, 2023 SURRENDER DATE

NOW COMES the Defendant, Domenic Rolak, by and through his attorney, DAVID R. CRIPPS, and respectfully moves this Honorable Court to extend his surrender date. In support of this motion, Mr. Rolak states as follows:

1. The Defendant, Mr. Rolak is now scheduled to surrender to Federal Custody to begin serving his sentence on Wednesday, January 25, 2023.

2. Mr. Rolak is under a doctor's care who strongly suggests that Mr. Rolak's surrender date be extended for 90 days due to the severity of his health problems. Mr. Rolak's doctors

have submitted letters of recommendation to this Honorable Court.

3.  Defense Counsel has attempted to obtain concurrence from the AUSA Eric Straus but was unable to reach an agreement.

4.  Due to his medical conditions, Mr. Rolak is requesting an extension of his surrender date for Ninety (90) days.

WHEREFORE, Defendant requests this Honorable Court to grant this Motion to Extend Surrender Date for Ninety (90) Days.

Respectfully submitted,

*/s/ David R. Cripps (with consent)*
DAVID R. CRIPPS (P34972)
Attorney for Defendant
1300 Broadway St., Suite 800
Detroit, MI 48226
(313) 963-0210
Email: david.cripps@sbcglobal.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                **Plaintiff,**

vs.

DOMENIC ROLAK,

                **Defendant.**

_____/

**CASE NO. 2:20-cr-20396-DLM-DRG-1**
**HON. DAVID M. LAWSON**

ERIC STRAUS
U.S. Attorney's Office
211 W. Fort St.
Suite 2001
Detroit, MI 48226
(313) 226-9100
Email: eric.straus@usdoj.gov

DAVID R. CRIPPS
Attorney for Defendant
1300 Broadway St., Suite 800
Detroit, MI 48226
(313) 963-0210
Email: david.cripps@sbcglobal.net
_____/

## BRIEF IN SUPPORT OF MOTION TO EXTEND SURRENDER DATE

The request for an extension in the foregoing motion is reasonable.

WHEREFORE, Defendant requests this Honorable Court to grant this Motion for an

Extension of the Surrender Date for 60 days.


                Respectfully submitted,
                */s/ David R. Cripps (with consent)*
                DAVID R. CRIPPS (P34972)
                Attorney for Defendant

1300 Broadway St., Suite 800
Detroit, MI 48226
(313) 963-0210
Email: david.cripps@sbcglobal.net

**CERTIFICATE OF SERVICE**

DAVID R. CRIPPS hereby states that on the 19th day of January 2023, he caused the

Foregoing Motion to Extend Surrender Date to be filed with the United States District Court and

that copies of said memorandum were forwarded to all counsel of record using the ECF system.

I hereby certify that I have mailed by United States Postal Service the paper to the following

non-ECF participants: N/A

*/s/ David R. Cripps (with consent)*
DAVID R. CRIPPS (P34972)