**Ziad Berri MD PC**
**14515 FORD RD**
**DEARBORN MI 481263151**
**313-581-4511**

1/11/2023

To whom it may concern,

This is a note to confirm that Domenic Rolak was seen in my office today for a doctor's appointment. Patient is suffering of unknown skin disease and Uncontrolled Diabetes. Patient needs to postpone his jail time for another 2 months.

If you have any questions in this regard, please do not hesitate to call me.

Sincerely,

*[signature]*
Ziad Berri, MD

**ZIAD BERRI, M.D.**
**14515 Ford Road**
**DEARBORN, MI 48126**
Tel: 313-581-4511  Fax: 313-581-6310

*Orthopedic Associates, PC*
*13479 Northline Road Southgate MI 48195*
Phone 734 284 1066  Fax 734 284 5840

Patient: **Domenic D Rolak**
Date of Birth: **3/18/1977**
Date of Visit: **1/11/2023**

1/11/2023

To Whom It May Concern:

It is my knowledge that Mr. Rolak is to surrender to the West virginia Federal Prison on January 25 th, 2023. I respectfully request Mr. Rolak's report date be extended to a period of 90 day or more for the following reasons:

Domenic Rolak is currently under Orthopedic care for the following conditions:

Low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality, M54.40 unspecified chronicity  - Primary
Pain in joint involving pelvic region and thigh, unspecified laterality                    M25.559

It is my medical opinion that Mr. Rolak is currently suffering from a ongoing physical condition involving deterioration of his physical being due to the onset of his back pain issues, which will require continuous medical care involving injection & Physical therapy with possible surgical intervention to lumbar.  Due to the aging process of his condition it substationally diminishes the patient/defendant to provide self care with the environment of a correctional facility without conventional treatment.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

*[signature]*
Michael Baghdoian M.D

ORTHOPEDIC ASSOCIATES
13479 NORTHLINE ROAD
SOUTHGATE MI 48195
Dept: 734-284-1066
Dept Fax: 734-284-1097